IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL ERIC COBBLE, GDC 758572, | ) ) ) |
| Petitioner, | ) ) ) |
| v. | ) CASE NO. 2:19-CV-570-WKW ) [WO] |
| COBB COUNTY DISTRICT ATTORNEY, *et al.*, | ) ) ) |
| Respondents. | ) |

# **ORDER**

The Magistrate Judge has entered a Recommendation that Petitioner Daniel Eric Cobble's 28 U.S.C. § 2241 motion be transferred to the United States District Court for the Middle District of Georgia under 28 U.S.C. § 1406(a). (Doc. # 2.) Plaintiff has filed objections. (Doc. # 3.) Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), the court finds that the Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, it is ORDERED as follows:

(1) Plaintiff's Objections (Doc. # 3) are OVERRULED;

(2) The Recommendation (Doc. # 2) is ADOPTED; and

(3) Petitioner's 28 U.S.C. § 2241 motion is TRANSFERRED to the United States District Court for the Middle District of Georgia.

DONE this 9th day of October, 2019.

                                         /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE